# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Tavaras Etone Warren,

           Plaintiff,        Case No. 20-13396

v.                              Judith E. Levy
                                   United States District Judge

Flint Water Department,

           Defendant.

_____/

## NOTICE REGARDING AUGUST 30, 2021 FILING [8]

This case was dismissed and a judgment entered on May 5, 2021. (ECF Nos. 6, 7.) On August 30, 2021, Plaintiff, who is self-represented, filed a document entitled Civil Complaint Jury Demand. (ECF No. 8.) Although different in form from his originally-filed complaint, the content is largely the same. (*Compare* ECF No. 1, PageID.15; and ECF 8, PageID.31.)

It is not clear to the Court what Plaintiff seeks through the August 30, 2021 filing. The time for either moving for reconsideration under Eastern District of Michigan Local Rule 7.1(h) or appealing the Court's May 5, 2021 Order and Judgment had long-since passed before August

30, 2021. *See* Fed. R. App. P. 4(a) (setting forth that a notice of appeal is required to be filed within 30 days after entry of the judgment or order appealed from.) Nor could the new document be construed as a motion to amend the complaint. "Following entry of final judgment, a party may not seek to amend their complaint without first moving to alter, set aside or vacate judgment pursuant to either Rule 59 or Rule 60 of the Federal Rules of Civil Procedure." *In re Ferro Corp. Derivative Litigation*, 511 F.3d 611, 624 (6th Cir. 2008). No motions to alter, set aside, or vacate were filed. Accordingly, the August 30, 2021 filing does not affect the status of the case.

No further pleadings should be filed. This case remains closed.

IT IS SO ORDERED.

Dated: March 16, 2022       s/Judith E. Levy
Ann Arbor, Michigan       JUDITH E. LEVY
     United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 16, 2022.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager